# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CADARIUS UPKINS

NO. 2024 KW 0591

**DECEMBER 6, 2024**

---

In Re:    Cadarius Upkins, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 2042-M-2023.

---

**BEFORE:    THERIOT, CHUTZ, AND HESTER, JJ.**

**WRIT GRANTED.** Relator's conviction for domestic abuse battery is reversed, and the verdict is modified to simple battery in violation of La. R.S. 14:35. Additionally, relator's sentence for his conviction of domestic abuse battery is vacated, and the matter is remanded to the district court for resentencing in accordance with the modified verdict of simple battery.

**MRT**
**WRC**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT